General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, A. F. Prescott and Joseph F. Goetten for respondent.

No. 96. COMPAGNIE NATIONALE AIR FRANCE v. KOMLOS, ADMINISTRATRIX. C. A. 2d Cir. Certiorari denied. Frank J. Foley for petitioner. Theodore E. Wolcott and Frederick W. Scholem for respondent.

No. 98. NESEN v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. Frederick A. Potruch and Erwin Lerten for petitioner. Solicitor General Sobeloff, George J. Bott, David P. Findling and Dominick L. Manoli for respondent.

No. 99. UNITED CORPORATION v. SECURITIES AND EXCHANGE COMMISSION. C. A. 3d Cir. Certiorari denied. Richard Joyce Smith, William S. Potter and William R. Sherwood for petitioner. Solicitor General Sobeloff and William H. Timbers for respondent.

No. 101. VICTRYLITE CANDLE Co. ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Edward Brodkey, Frank E. Gettleman, Arthur Gettleman and Horace A. Young for the Victrylite Candle Co., petitioner. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg and Robert G. Maysack for the United States.

No. 102. HOTPOINT COMPANY v. UNITED STATES. Court of Claims. Certiorari denied. Ednyfed H. Williams and John M. Leonard, Jr. for petitioner. Solicitor General Sobeloff, Assistant Attorney General Burger and Samuel D. Slade for the United States.